

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-24-00094-CV

_____

IN RE JOSHUA ERIC TOWNLEY, Relator

---

Original Proceeding
43rd District Court of Parker County, Texas
Trial Court Nos. CR16-0114 and CR16-0115

---

Before Sudderth, C.J.; Womack and Walker, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

The court has considered relator's petition for writ of mandamus and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus is denied.

Per Curiam

Delivered: February 28, 2024